UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: ASHA FONTENOT BEY A/K/A DIVINE MINISTER ASHSHA SANTE FONTENOT | § § § § § § | MISC. ACTION NO. 4:19-MC-2232 |

## ORDER, MEMORANDUM AND RECOMMENDATION

Plaintiff's "Emergency Motion for Hearing," ECF 6, is DENIED.[1] Upon review, the Court further RECOMMENDS that this case be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee or file a motion to proceed in forma pauperis; failure to name or serve a defendant; and lack of subject matter jurisdiction because it fails to identify any federal cause of action.

The Clerk of the Court shall send copies of the memorandum and recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(c). Failure to file written objections within the time period provided will bar an aggrieved party from attacking the factual findings and legal conclusions on appeal. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds.

Signed on June 11, 2021, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 7.