United States District Court
Southern District of Texas

**ENTERED**

June 29, 2021

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE: AHSHA FONTENOT BEY A/K/A    §
DIVINE MINISTER AHSHA SANTE FONTENOT    §     MISC. ACTION NO. 4:19-mc-2232
   §

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 11, 2021 and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court and this case is **DISMISSED** without prejudice.

**SIGNED** at Houston, Texas this __29th__ day of June, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE